UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRA BOYLE,<br><br>                    Plaintiff,<br><br>            -v.-<br><br>NEW YORK CITY TRANSPORTATION AUTHORITY,<br><br>                    Defendant. | 21 Civ. 10251 (KPF) (SDA)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    This case was closed via an order of conditional discontinuance on April 27, 2023. (Dkt. #35). The Court is now in receipt of a motion to withdraw from Plaintiff's current counsel (Dkt. #38-40), as well as a motion to enforce the settlement agreement from counsel for Defendant (Dkt. #42-44).

    Current counsel and Ms. Boyle are ORDERED to appear for a conference on the pending motions on **August 1, 2023**, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Ms. Boyle need not file a response to either motion ahead of the conference. She may bring standby counsel to the conference if she wishes.

    Current counsel for Ms. Boyle is directed to provide her a copy of this Order.

    SO ORDERED.

Dated:  June 28, 2023
           New York, New York

                                                            KATHERINE POLK FAILLA
                                                           United States District Judge