

**HOGUET NEWMAN REGAL & KENNEY,LLP**

One Grand Central Place
60 East 42nd Street, 48th Floor
New York, New York 10165

Tel 212.689.8808
Fax 212.689.5101
www.hnrklaw.com

mmanber@hnrklaw.com

July 6, 2023

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

**MEMO ENDORSED**

**Re:    Boyle v. NYCTA, No. 1:21-cv-10251**

Dear Judge Failla:

    We represent Defendant New York City Transit Authority in the above-referenced matter, and we write to request that the conference currently scheduled for August 1, 2023 at 3:00 pm be adjourned to another date convenient for the Court.  There has been no prior request to adjourn this conference.  The adjournment is requested because the undersigned will be away on pre-scheduled travel from July 29 through August 4, and we are mindful of Your Honor's rule that principal trial counsel must attend all conferences.  We have been in touch with Phillips & Associates (who are moving to be relieved as Plaintiff's counsel) since June 29, 2023, but they have not provided their availability for potential alternative dates, and we thought it prudent not to further delay this request.

    We thank the Court for its time and attention to this request.

Respectfully submitted,

Miriam Manber

cc:    All counsel of record (*via ECF*)

Application GRANTED.  The conference currently scheduled for August 1, 2023 is hereby ADJOURNED to 10:00 a.m. on **August 11, 2023.**

The Clerk of Court is directed to terminate the motion at docket entry 52.

Dated:     July 10, 2023          SO ORDERED.
           New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE