UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRA BOYLE,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>NEW YORK CITY TRANSPORTATION AUTHORITY,<br><br>                              Defendant. | 21 Civ. 10251 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court held a conference this morning at which it GRANTED Phillips and Associates' motion to withdraw as counsel for Plaintiff and for a charging lien in the amount of $11,707.02. (Dkt. #38). The Court thanks Phillips and Associates for their work on this matter.

If Plaintiff (through substitute counsel) wishes to file a motion to reopen, she shall do so on or before **August 18, 2023**. Any such motion should be made in the form of a letter brief. If Defendant intends to oppose Plaintiff's motion, it shall file such opposition on or before **September 8, 2023**. Defendant shall promptly advise the Court if it needs additional time to investigate the claims made in Plaintiff's motion.

The Court will not resolve or order further briefing on Defendants' pending motion to enforce the settlement (Dkt. #42) until the motion to reopen is resolved.

The Clerk of Court is directed to terminate the motion at docket entry 38 and to terminate Darnisha Lewis-Bonilla, Joshua Mathew Friedman, and Dane Pierre from the docket as counsel of record.

SO ORDERED.

Dated: July 28, 2023
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge