UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| KIRA BOYLE,<br><br>                                  Plaintiff,<br><br>-against-<br><br>NEW YORK CITY TRANSPORTATION AUTHORITY,<br><br>                                  Defendant | Case No. 21-CV-10251<br><br>**Affidavit** |
|---|---|

  D. Maimon Kirschenbaum, Esq., declares, subject to the penalties of perjury, that the following is true and correct to his knowledge:

  1. I am an attorney duly admitted to practice in the Courts of the State of New York and in the United States District Court for the Southern District of New York.

  2. In 2013, I filed a case captioned *Kira Boyle v. Eatz Restaurant Corp. et al*, Index No. 13-cv-02790 in the Eastern District of New York.

  3. I represented the Plaintiff, Kira Boyle, in that action.

  4. On September 1, 2023, I participated in a video conference call with the Plaintiff in the instant matter and her attorney, Laura M. Trachtman, Esq.

  5. I did not recognize Plaintiff, and the woman whom I represented is older than Plaintiff.

  6. Accordingly, the Kira Boyle whom I represented in 2013 against Eatz Restaurant Corp. is not the Kira Boyle appearing before this Court, but an entirely different woman.

Dated: New York, New York
   September 1, 2023

                JOSEPH & KIRSCHENBAUM, LLP

                By: _____
                D. Maimon Kirschenbaum
                233 Broadway, 5th Floor
                New York, New York 10017
                Telephone: (212) 688-5640
                Email: maimon@jk-llp.com