UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRA BOYLE,<br><br>                                        Plaintiff,<br><br>                    -v.-<br><br>NEW YORK CITY TRANSPORTATION AUTHORITY,<br><br>                                        Defendant. | 21 Civ. 10251 (KPF) (SDA)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiff's letter motion to reopen the instant matter (Dkt. #58); the Affidavit of D. Maimon Kirschenbaum in support of Plaintiff's motion (Dkt. #61); Plaintiff's former counsel's letter response to Plaintiff's motion (Dkt. #62); and Defendant's opposition to Plaintiff's motion (Dkt. #63).

After reviewing the parties' submissions, the Court finds that a conference on Plaintiff's pending motion is necessary. The Court hereby ORDERS the parties to appear for a conference on **October 20, 2023**, at **11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Court expects that all relevant parties — including Ms. Boyle; Ms. Boyle's current counsel; Ms. Boyle's former counsel; Mr. Kirschenbaum; the plaintiff whom Mr. Kirschenbaum represented in *Kira Boyle* v. *Eatz Restaurant Corp.*, Case No. 13 Civ. 2790 (RJD)(MDG), in the Eastern District of New York; and Defendant's counsel — will be in attendance.

Current counsel for Ms. Boyle is directed to provide Ms. Boyle and Mr. Kirschenbaum with a copy of this Order.  The Clerk of Court is directed to provide Ms. Boyle's former counsel (whose addresses remain on the docket) with a copy of this Order.

SO ORDERED.

Dated:   September 15, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge